**EXHIBIT 2:** INFRINGEMENT

URL: https://www.eviemagazine.com/post/inside-the-privileged-bubble-of-new-yorks-rich-white-blm-comrades

