**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 125877

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Miller Photographer, LLC, | Case No. 8:23-cv-01401-CJC-ADS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Cormac J. Carney |
| Evie Media Group, Inc, | Magistrate Judge: Hon. Autumn D. Spaeth |
| Defendant. | Complaint Filed: August 3, 2023 |

//
//
//
//
//
//
//
//

Case No. 8:23-cv-01401-CJC-ADS

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Robert Miller Photographer, LLC ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: October 30, 2023

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
File No.: 125877
*Attorneys for Plaintiff*

Case No. 8:23-cv-01401-CJC-ADS

NOTICE OF SETTLEMENT